# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>SACARIA PEREIDA<br><br><br>*Defendant(s)* | Case No. 2:24-mj-0112 CKD |

**FILED**
Sep 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 11, 2020 to September 19, 2024__ in the county of __Stanislaus__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

/s/
*Complainant's signature*

Robert Simmons, FBI Special Agent
*Printed name and title*

Sworn to me over the telephone and SIGNED by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: September 19, 2024 at 4:03 pm

*Judge's signature*

City and state: Sacramento, California

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT AND CRIMINAL COMPLAINT**

I, Robert Simmons, being first duly sworn, hereby depose and state as follows:

## I.  AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been employed as a Special Agent with the FBI since August 2021 and am presently assigned to the FBI Sacramento Field Office – Ripon Resident Agency's Transnational Organized Crime – Western Hemisphere (TOC-West), located in Ripon, California. As part of my duties, I am tasked with assisting both local and state law enforcement agencies with the apprehension of fugitives who take flight to the jurisdictions of other states or countries.

2. I submit this affidavit is in support of a criminal complaint and arrest warrant charging SACARIA PEREIDA, born in 2000 ("PEREIDA"), with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. This affidavit does not purport to set forth all my knowledge or all investigation information in this matter.

## II.  PROBABLE CAUSE

3. The Modesto Police Department ("MPD") has requested the assistance of the FBI in locating and apprehending PEREIDA. MPD has confirmed there is an active arrest warrant for PERIEDA.

4. On April 14, 2019, MPD responded to a homicide by gunfire that occurred at 113 Lita Court, Modesto, CA. Robbie HULL ("HULL") was identified as the victim. Through their investigation, MPD identified one of the shooters as PEREIDA.

5. On March 11, 2020, the Stanislaus Superior Court State of California issued a felony arrest warrant for PEREIDA charging the following California Penal Code felony counts:

Count 1: Section 187(a) - Murder

Count 2: Section 664/187(a) – Attempted Murder

Count 3: Section 664/187(a) – Attempted Murder

Count 4: Section 245(a)(2) – Assault with a Firearm

Count 5: Section 245(a)(2) – Assault with a Firearm

6. On September 19, 2024, I was contacted by FBI Mexico City Assistant Legal Attaché (ALAT) Ryan Demmon (Demmon) advising PEREIDA had turned himself into Mexican authorities advising he had a homicide arrest warrant for him out of Stanislaus County by the Modesto Police Department. ALAT Demmon advised Mexican authorities would only hold PEREIDA for 36 hours.

7. Based on the investigation to date and my training and experience, I believe PEREIDA fled the State of California and the United States to avoid arrest and prosecution. This purposeful flight places PEREIDA in violation of Title 18, Section 1073 – Unlawful Flight to Avoid Prosecution.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

AFFIDAVIT

### III. REQUEST FOR COMPLAINT AND ARREST WARRANT

8. Based on the forgoing information, there is probable cause to believe that PEREIDA has violated Title 18, Section 1073–Unlawful Flight to Avoid Prosecution. I therefore respectfully request that the Court issue a Criminal Complaint and Arrest Warrant against PEREIDA.

Respectfully submitted,

/s/
Robert Simmons
Special Agent
Federal Bureau of Investigation

Sworn to me and signed telephonically on: September 19, 2024

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

/s/ *Emily G. Sauvageau*
Approved as to form by
AUSA EMILY SAUVAGEAU

AFFIDAVIT